To order this form visit www.pnntcarta.com
Target Information Management, Inc.

| STATE OF MICHIGAN<br>67TH JUDICIAL DISTRICT | AFFIDAVIT AND CLAIM<br>Small Claims | CASE NO. and JUDGE<br>C25F2403-SC |
|---|---|---|

Court address: 4044 Manor Dr. Burton, MI 48519
Court telephone no. (810) 743-5600

See additional notice and instructions on page 2.

1. Plaintiff: SHERROD PIGGS
Address: P.O. Box 991 (810) 391-6977
City, state, zip: Grand Blanc, MI 48480
Telephone no.

2. Defendant: US BANK
Address: 800 Nicollet Mall
City, state, zip: Minneapolis, MN 55402
Telephone no.

**NOTICE OF HEARING**
**For Court Use Only**

The plaintiff and the defendant must be in court on
Day: Monday  Date: 12-15-25
at Time: 9:00am at ☒ the court address above.
☐ Location: ______
Process server's name: ______  Fee paid: $ ______

☐ 3. A civil action between these parties or other parties arising out of the transaction or occurrence alleged in this complaint has been previously filed in ☐ this court ☐ ______ Court.
It was given case number ______ and assigned to Judge ______.
The action ☐ remains ☐ is no longer pending.

4. I have knowledge or belief about all the facts stated in this affidavit and I am
☐ the plaintiff or his/her guardian, conservator, or next friend. ☐ a partner. ☐ a full-time employee of the plaintiff.

5. The plaintiff is ☒ an individual. ☐ a partnership. ☐ a corporation. ☐ a sole proprietor. ☐ ______.

6. The defendant is ☐ an individual. ☐ a partnership. ☒ a corporation. ☐ a sole proprietor. ☐ ______.

7. The date(s) the claim arose is/are 11/10/25
Attach separate sheets if necessary
0150614xxxx 403784x

8. Amount of money claimed is $ 7,000.00 (Note: Plaintiff's costs are determined by the court and awarded as appropriate. They are not part of the amount claimed.)

9. The reasons for the claim are: Once again they have been wrongfully reporting on all 3 credit bureaus on accounts and I want a refund and tradeline deleted.
(Happened in Burton, MI 48507)

10. The plaintiff understands and accepts that the claim is limited to $7,000 by law and that the plaintiff gives up the rights to (a) recover more than this limit, (b) an attorney, (c) a jury trial, and (d) appeal the judge's decision.



Distribute form to:
Court (with instructions)
Defendant (with instructions)
Plaintiff (with instructions)
Return (with proof of service)

BC-MN-21LO
11/25/2025

DEFENDANT

**Affidavit and Claim, Small Claims** (1/24) **Case No.** ____________________

## PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the affidavit and claim no later than 7 days before the hearing date and file proof of service with the court clerk. If you are unable to complete service, you must return this original and all copies to the court clerk.

## CERTIFICATE OF SERVICE / NONSERVICE

☐ I served ☐ personally ☐ by registered or certified mail, return receipt requested, and delivery restricted to the defendant or the defendant's agent (copy of return receipt attached) a copy of the affidavit and claim, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the affidavit and claim, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee | Miles traveled | Fee | |
|---|---|---|---|
| $ | | $ | |
| Incorrect address fee | Miles traveled | Fee | TOTAL FEE |
| $ | | $ | $ |

_______________________________
Signature

_______________________________
Name (type or print)

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the affidavit and claim, together with

_______________________________ on _______________________________.
Attachments (if any) Date and time

_______________________________ on behalf of _______________________________
Signature

_______________________________
Name (type or print)

To order this form visit www.printcarta.com
Target Information Management, Inc.



Case No. C25F2403-SC

11. I believe the defendant ☐ is ☑ is not mentally competent. I believe the defendant ☐ is ☐ is not 18 years or older.

12. ☐ I do not know whether the defendant is in the military service. ☑ The defendant is not in the military service.
☐ The defendant is in the military service.

Signature

Subscribed and sworn to before me on 11-14-25
Date

Deputy clerk/~~Notary public signature~~

My commission expires on ____________________.

Name (type or print)

Notary public, State of Michigan, County of ____________________. ☐ Acting in the County of ____________.
☐ This notarial act was performed using an electronic notarization system or a remote electronic notarization platform.

## ADDITIONAL NOTICE AND INSTRUCTIONS

**TO BOTH THE PLAINTIFF AND THE DEFENDANT:**

- You must bring to the hearing all witnesses, books, papers, and other physical evidence needed to prove or disprove this claim.

- Before the trial (hearing) starts, you have the right to

  1. **remove the case to the general civil division of the district court,** or

  2. have the case heard by a district court judge (if the hearing is scheduled before an attorney magistrate). If the case is heard by an attorney magistrate, you may appeal to the district judge within 7 days after the trial.

- If the case is tried in the small claims division, you give up the right to an attorney, to a jury trial, and to appeal the judge's decision.

If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

**TO THE DEFENDANT:**

- The affidavit and claim you have just received means you are being sued in the small claims division of the district court.

- The court is being asked to decide a matter that the plaintiff says is your obligation and responsibility.

- If you wish to deny this claim or arrange terms of payment, you must make your request by appearing at the date, time, and place stated in the notice of hearing on the front of this form.

- If you do not appear at the date, time, and place stated, a default judgment may be entered against you for the amount stated in item 8, including the costs of this action.

- If the dispute is settled before or at the hearing, you may have to pay the plaintiff's costs.

- In case a judgment is entered against you at the hearing, you should be prepared to pay the amount stated in item 8, including the costs of this action, or to make arrangements for installment payments.

## PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the affidavit and claim no later than 7 days before the hearing date and file proof of service with the court clerk. If you are unable to complete service, you must return this original and all copies to the court clerk.

## CERTIFICATE OF SERVICE / NONSERVICE

☐ I served ☐ personally ☐ by registered or certified mail, return receipt requested, and delivery restricted to the defendant or the defendant's agent (copy of return receipt attached) a copy of the affidavit and claim, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the affidavit and claim, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee | Miles traveled | Fee | |
|---|---|---|---|
| $ | | $ | |
| Incorrect address fee | Miles traveled | Fee | **TOTAL FEE** |
| $ | | $ | **$** |

______________________
Signature

______________________
Name (type or print)

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the affidavit and claim, together with

______________________ on ______________________ .
Attachments (if any) Date and time

______________________ on behalf of ______________________
Signature

______________________
Name (type or print)

11:24 PM Thu Nov 13

## Payment history

**US BANK** **2 Missed**

Closed

# Credit cards

[redacted]

[redacted]

# Other loans

[redacted]

For you | Cards | Loans | Insurance | Money

# Account Details

ACCOUNT DETAILS

| | |
|---|---|
| Account status | **Closed** |
| Type | **Auto lease** |
| Responsibility | **Individual** |
| Remarks | **Closed**<br>**Closed** |
| Times 30/60/90+ days late | **2/0/0** |
| Closed | **Apr 03, 2023** |

CONTACT INFO

USBANK
ATTN CONSUMER BUREAU MGMT DEPT
OSHKOSH, WI 54903 USA
**(844) 624-8230**

**For you** Cards Loans Insurance Money

11:43 PM Thu Nov 13

83%

# Account Details

## USBANK

Last reported Apr 03, 2023

**$0**

Reported balance

**Highest balance** **$9,757**

Nice! You've paid off 100% of this loan

OVERVIEW

| | |
|---|---|
| Highest balance | **$9,757** |
| Monthly payment | -- |
| Opened | **Aug 17, 2020 (5 yrs, 2 mos)** |
| Term | **24 months (2 years)** |

For you · Cards · Loans · Insurance · Money

SMALL CLAIMS COURT COMPLAINT

Sherrod Pigee v US BANK

PLAINTIFF

Sherrod Pigee

PO Box 991

Grand Blanc MI 48480

Phone 810-391-6977

DEFENDANT

US BANK

ATTN Consumer Bureau Management

Oshkosh WI 54903

Phone 844-624-8230

STATEMENT OF CLAIM

Defendant US Bank furnished false inaccurate contradictory and misleading credit information in violation of the Fair Credit Reporting Act FCRA Michigan Consumer Protection Act and Michigan common law.

FACTS

1 Plaintiff opened an auto lease August 17 2020 with 24 month term ending August 17 2022.

2 Plaintiff paid the account to a zero balance.

3 Defendant reported account closed April 3 2023.

4 Defendant furnished late payments after payoff and after contract termination.

5 Defendant reported Worst Payment Status 30 to 59 days late while reporting zero actual late occurrences.

6 Defendant created contradictory payment history including impossible delinquency after payoff.

7 Defendant engaged in post term re aging.

8 Plaintiff suffered credit damage financial loss and emotional distress.

CAUSES OF ACTION

Count I FCRA Violations

Count II Willful or Negligent Noncompliance under FCRA

Count III Michigan Consumer Protection Act Violations

Count IV Negligent Misrepresentation

Count V Financial and Reputational Harm

RELIEF REQUESTED

Plaintiff seeks statutory damages actual damages punitive damages costs and correction of all inaccurate reporting.

VERIFICATION

I declare that the above is true.

Sherrod Pigee

## INDEX OF FEDERAL AND STATE CASE LAW

### FEDERAL CASES

Cushman v Trans Union Corp 115 F3d 220 1997

Boggio v USAA Federal Savings Bank 696 F3d 611 2012

Smith v LexisNexis Screening Solutions 837 F3d 604 2016

Sarver v Experian Information Solutions 390 F3d 969 2004

Gorman v Wolpoff and Abramson LLP 584 F3d 1147 2009

Henson v CSC Credit Services 29 F3d 280 1994

Dennis v BEH 1 LLC 520 F3d 1066 2008

Carvalho v Equifax Information Services 629 F3d 876 2010

### MICHIGAN CASES

Lawrence v Burdi 314 Mich App 203 2016

Zine v Chrysler Corp 236 Mich App 261 1999

Smith v Globe Life Insurance Co 460 Mich 446 1999

Foreman v Foreman 266 Mich App 132 2005

Mayhall v AH Pond Co 129 Mich App 178 1983

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF

### INTRODUCTION

This memorandum supports plaintiff claims that Defendant US Bank reported false contradictory and misleading credit information in violation of federal and state law.

### STATEMENT OF FACTS

Plaintiff account was paid in full zero balance. Lease term ended August 17 2022. Despite this Defendant reported late payments after payoff reported zero late payments but listed worst status late reported delinquencies after term expiration and failed to correct errors.

### ISSUES PRESENTED

1 Whether US Bank violated FCRA by reporting inaccurate information.

2 Whether contradictory data violates FCRA accuracy requirement.

3 Whether Defendant failed to reasonably investigate after dispute.

4 Whether Defendant committed negligent misrepresentation under Michigan law.

5 Whether Defendant violated Michigan Consumer Protection Act.

### LEGAL STANDARDS

FCRA requires accuracy completeness and correction of inaccuracies. Michigan law prohibits deceptive practices negligent misrepresentation and misleading financial statements.

### ARGUMENT

I Defendant violated FCRA 1681s2 by furnishing inaccurate information including impossible late payments after payoff.

II Defendant violated 1681e b maximum possible accuracy by reporting contradictory data reporting zero lates while also marking worst status late.

III Defendant failed to reasonably investigate after dispute as required by precedent including Boggio v USAA.

IV Michigan negligent misrepresentation applies where false financial information is provided Lawrence v Burdi.

V Michigan Consumer Protection Act prohibits misleading reporting Zine v Chrysler.

CONCLUSION

Plaintiff requests full relief including damages and correction of the reporting.

EXHIBITS

Exhibit A Credit Report Screenshot 1

Exhibit B Credit Report Screenshot 2

Exhibit C Credit Report Screenshot 3

67th DISTRICT COURT-BURTON
4094 MANOR DR.
BURTON, MI 48519

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 48519
02 7H
0006135437
$ 015.02⁰
NOV 14 2025

US Bank
800 Nicolette Mall
Minneapolis, MN 55402

7015 0640 0000 9638 4186

CERTIFIED MAIL®

OF THE RETURN ADDRESS, FOLD AT DOTTED LINE